CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 02 2011

JULIA _____, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE JOHNSON, | CASE NO. 7:11CV00515 |
| Petitioner, | |
| | FINAL ORDER |
| vs. | |
| OASIS MANGEMENT SYSTEM, et al., | By: James C. Turk |
| | Senior United States District Judge |
| Respondents. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, brought as a petition for a writ of habeas corpus, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

The clerk will send petitioner a copy of the memorandum opinion and order.

ENTER: This 2nd day of November, 2011.

_____
Senior United States District Judge