CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 02 2011

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAWRENCE JOHNSON, | ) | CASE NO. 7:11CV00515 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| OASIS MANGEMENT SYSTEM, et al., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondents. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, brought as a petition for a writ of habeas corpus, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

The clerk will send petitioner a copy of the memorandum opinion and order.

**ENTER:** This 2nd day of November, 2011.

/s/ James C. Turk
Senior United States District Judge